**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00337-CR
No. 05-19-00338-CR

**VERNON ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-58265-R & F18-30738-R**

## ORDER

Before the Court is the State's October 11, 2019 second motion for extension of time to file its brief. The State has tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE